# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

IN RE:

**KOSKEY, JOHN ARTHUR**

Debtor(s)

**CASE NO. 08-40162**

CHAPTER 7 TRUSTEE'S INITIAL STATUS REPORT AND MINUTES OF 341(a) MEETING OF CREDITORS

DATE OF 341(a) MEETING:  04/01/08     LOCATION OF MEETING:  JEROME
NAME OF TRUSTEE:  Gary L. Rainsdon        DATE CASE FILED:  03/04/08

RECORDING TRACK NO.  13

DEBTOR:  (X) SWORN AND EXAMINED  ( ) DID NOT APPEAR  ( ) APPEARED
DEBTOR ADDRESS CHANGE:
DEBTOR ATTORNEY:  (X) PRESENT   ( ) NOT PRESENT   ( ) PRO SE
        KENT DAVID JENSEN
CREDITORS APPEARING:  (X) NONE

ACTION ITEMS:

   a.    ( )  341(a) Meeting Continued to:   / /
   b.    ( )  SS information incorrect or missing.
   c.    ( )  Concluded
   d.    ( )  Dismiss for Failure of Debtor and/or Attorney to Appear
   e.    (X)  Discharge Information Given to Debtor
   f.    ( )  Unscheduled Assets Identified
   g.    ( )  Do Not Dismiss -- Trustee Intends to Pursue Assets -- Trustee will file complaint to deny or revoke discharge if necessary

GENERAL COMMENTS:
(X)    DEBTOR IDENTITY AND SOCIAL SECURITY DOCUMENTATION MATCH PETITION
(X)    DEBTOR EXAMINED
(X)    SCHEDULES AND STATEMENT OF AFFAIRS FILED
(X)    STATEMENT OF INCOME AND EXPENDITURES FILED
(X)    DEBTOR INFORMED OF FAILURE TO COOPERATE WITH TRUSTEE OR U.S. TRUSTEE OR SUBMIT REQUIRED REPORTS CONSTITUTE GROUNDS FOR DISMISSAL
(X)    DEBTOR READ AND UNDERSTANDS BOTH STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341 AND STATEMENT FURNISHED BY GARY L. RAINSDON, TRUSTEE

                                                              /S/
                                                Gary L. Rainsdon, TRUSTEE